1 NITED STATES DISTRICT COURT

2 NORTHERN DISTRICT OF CALIFORNIA

4 VINTON FROST,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 19-cv-05365-JD

**JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED**

The Court refers this case to the Honorable Edward M. Chen to determine whether it is related to *Frost v. Office of the United States Attorney*, 19-cv-05190-EMC. Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated: November 20, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINTON FROST,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 19-cv-05365-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 20, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vinton Frost
General Delivery
San Francisco, CA 94102


Dated: November 20, 2019

                                                Susan Y. Soong
                                              Clerk, United States District Court


                                              By: *[signature: Lisa R. Clark]*
                                              LISA R. CLARK, Deputy Clerk to the
                                              Honorable JAMES DONATO